**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In Re: | : | Case No. 09-11095 |
| | : | |
| Lawrence A. Young | : | Chapter 7 |
| Meredith A. Young | : | |
| | : | |
| Debtors. | : | Judge Hopkins |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The amount of $1.64 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| PYOD LLC its successors and assigns as Assignee of Citibank c/o Resurgent Capital Services P.O. Box 19008 Greenville, SC 29602 | 5 | $1.64 |

Total Unclaimed/Small
Dividends $25.00 or Under
$1.64

Total Unclaimed
Dividends Over $25.00
$

Dated: July 13, 2011          /s/ Henry E. Menninger, Jr.
                              Case Trustee
                              Henry E. Menninger, Jr.